**Kaufman Lieb Lebowitz & Frick**
attorneys at law

(212) 660-2332
18 E. 48th St., Suite 802
New York, NY 10017
www.kllf-law.com

MEMO ENDORSED

March 9, 2023

**Via ECF**

Hon. Kenneth Karas
United States District Court
300 Quarropas St.
White Plains, NY 10601

Re: *Makris v. Arc Westchester, et al.*, 22 Civ. 9604

Your Honor:

We represent Plaintiffs in this case and write jointly with counsel for the Responding Defendants[1] to respectfully request that the premotion conference scheduled for April 10 be moved to a different date. This is our first request to reschedule this conference.

The Responding Defendants submitted a pre-motion letter regarding partial dismissal, to which Plaintiffs responded. Dkt. #46, 47. This Court scheduled a premotion conference for April 10 at 3:30 p.m. Dkt. #48. Unfortunately, I am traveling out of state with my family that week. After consulting with counsel for Defendants, we are all available April 6, April 19, or April 21.

In addition, the Responding Defendants respectfully request that the conference be held by videoconference or telephone, as their office is located in Albany. Plaintiffs' counsel consents to this request.

We thank the Court for its attention to this matter.

*Granted. The teleconference will go forward on 4/21/23 at 11:30 AM*

SO ORDERED
[signature]
KENNETH M. KARAS, U.S.D.J.
3/9/23

Respectfully submitted,

[signature]

Alison Frick
Alyssa Isidoridy

---

[1] "Responding Defendants" refers to Defendants Arc of Westchester, Sonia Jarret, Jamariss Rhodes, Rosemarie Findley, Sophie Brown, Brionie Buckley, Florence Mounoubai, Ardie-Anna Pitkin, Sasha Wright, and Aliyah Dawson. See Dkt. #46.

Alanna Kaufman* • Douglas E. Lieb‡ • David A. Lebowitz • Alison Frick*

Alyssa Isidoridy • Samuel Barr

*Also admitted to practice in New Jersey ‡Also admitted to practice in California and Connecticut