UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
PETER MAKRIS and ANNA MAKRIS, as     Index No. 22-cv-9604
legal guardians of S. M.,

                              Plaintiff,

-against-      **ORDER**

THE ARC WESTCHESTER; SONIA JARRETT;
JAMARISS RHODES; ROSEMARIE FINDLEY;
SOPHIE BROWN; BRIONIE BUCKLEY; ANDREA
GORDON; FLORENCE MOUNOUBAI; ARDIE-ANNA
PITKIN; SASHA WRIGHT; and ALIYAH DAWSON,

                              Defendants.
----------------------------------------------------------------------X

**WHEREAS** defendants The Arc Westchester, Sonia Jarrett, Jamariss Rhodes, Rosemarie Findley, Sophie Brown, Brionie Buckley, Florence Mounoubai, Ardie-Anna Pitkin, Sasha Wright, and Aliyah Dawson (collectively, "The Arc Westchester Defendants") have served Plaintiffs and Defendant Gordon, respectively, with multiple document productions prior to the date of this Stipulation;

**WHEREAS** the document productions The Arc Westchester Defendants previously served on Plaintiffs consisted of numerous investigation reports and corresponding investigation materials, all of which concerned S.M.;

**WHEREAS** Defendant Gordon was not a subject to all such investigations;

**WHEREAS**, since Defendant Gordon was not a subject to all such investigations, The Arc Westchester Defendants did not serve Defendant Gordon with any records concerning those investigations to which Defendant Gordon was not a subject, even though such records were served on Plaintiffs;

**WHEREAS** The Arc Westchester Defendants withheld the aforementioned investigation documents pursuant to New York State Social Services Law § 496;

**WHEREAS** the Parties seek a Court Order to permit The Arc Westchester Defendants to served Defendant Gordon with the entire productions previously served on

Plaintiffs, including those records that concern investigations which Defendant Gordon was not a subject;

**WHEREAS** the Parties also seek a Court Order to permit Defendant Gordon to receive all future production(s) The Arc Westchester serve on Plaintiffs, including any such records that may concern investigations which Defendant Gordon was not a subject;

**IT IS SO ORDERED THAT**:

1. The Arc Westchester Defendants shall serve Defendant Gordon with the entirety of the previously served document productions on Plaintiffs, including those records concerning investigations to which Defendant Gordon was not a subject; and

2. The Arc Westchester Defendants shall serve Defendant Gordon with the same document production(s) The Arc Defendants will serve on Plaintiffs throughout discovery, even if such productions consist of records concerning investigations to which Defendant Gordon was not a subject.

**SO ORDERED:** _/s/ Andrew Krause_   Dated: October 27, 2023
**Hon. Andrew E. Krause**

2