UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETER MAKRIS and ANNA MAKRIS, as legal guardians of S.M., <br><br>　　　　　　　　Plaintiffs, <br><br>　-against- <br><br>THE ARC WESTCHESTER; SONIA JARRETT; JAMARISS RHODES; ROSEMARIE FINDLEY; SOPHIE BROWN; BRIONIE BUCKLEY; ANDREA GORDON; FLORENCE MOUNOUBAI; ARDIE-ANNA PITKIN; SASHA WRIGHT; and ALIYAH DAWSON, <br><br>　　　　　　　　Defendants. | No.  22 Civ. 9604 (AEK) <br><br><br>**ORDER OF COMPROMISE** |

　　　　WHEREAS Plaintiffs Peter Makris and Anna Makris, as legal guardians of S.M., by and through their attorneys Kaufman Lieb Lebowitz & Frick LLP, have negotiated a settlement of this action in the amount of $300,000.00:

　　　　AND upon consideration of the Declaration of Peter Makris, the Declaration of Anna Makris, the Declaration of Sam Shapiro, the Declaration of Alyssa Isidoridy, and the exhibits thereto;

　　　　**IT IS HEREBY ORDERED** pursuant to Local Civil Rule 83.2(a), that the proposed settlement is approved, and

　　　　**IT IS FURTHER ORDERED** that:

　　　　1.　　　　The proposed payment of $125,000.00 in attorneys' fees to Kaufman Lieb Lebowitz & Frick LLP ("KLLF") and Emery Celli Brinckerhoff Abady Ward & Mazel LLP ("ECBAWM") (in the amounts of $112,500.00 to KLLF and $12,500.00 to ECBAWM), is approved;

    2.    The proposed payment of $14,825.15 in costs to KLLF is approved;

    3.    The S.M. First Party Supplemental Needs Trust is approved;

    4.    KLLF is authorized to disburse reasonable costs related to the establishment of the special needs trust created by Plaintiffs for S.M. from the escrowed settlement proceeds; and

    5.    KLLF is authorized to pay the remaining settlement proceeds directly into the trust created by Plaintiffs for the benefit of S.M.

DATED: June 10, 2024

                            **SO ORDERED**

                            _____

                            Andrew E. Krause, U.S. Magistrate Judge