UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETER MAKRIS and ANNA MAKRIS, as legal guardians of S.M.,<br><br>    Plaintiffs,<br><br> -against-<br><br>THE ARC WESTCHESTER; SONIA JARRETT; JAMARISS RHODES; ROSEMARIE FINDLEY; SOPHIE BROWN; BRIONIE BUCKLEY; ANDREA GORDON; FLORENCE MOUNOUBAI; ARDIE-ANNA PITKIN; SASHA WRIGHT; and ALIYAH DAWSON,<br><br>    Defendants. | No. 22 Civ. 9604 (AEK)<br><br>**ORDER** |

  WHEREAS Plaintiffs Peter Makris and Anna Makris, as legal guardians of S.M., by and through their attorneys Kaufman Lieb Lebowitz & Frick LLP, negotiated a resolution of this matter that was approved by this Court on June 10, 2024;

  WHEREAS as part of that resolution, this Court approved the creation of a Supplemental Needs Trust ("the Trust"), ECF No. 121;

  WHEREAS Plaintiff received a final lien demand from Medicare of $3,183.53 relating to payments for treatment of injuries that were raised in this suit and resolved by its settlement;

  WHEREAS, had Medicare asserted a lien prior to that Court approval, the lien would have been paid by Plaintiff's portion of the settlement funds prior to those funds being deposited into the Trust;

  **IT IS HEREBY ORDERED** that the Trust shall cause to be paid to Medicare the full lien amount of $3,183.53.

DATED: March 11, 2025

                                    **SO ORDERED**

                                    Andrew E. Krause, U.S. Magistrate Judge